# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MARKETTA QUTANG LANNE ALSTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1022
_____

June 19, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor Anne Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.